# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                            Plaintiff,

vs.

ROLANDO BARON-ESPINOZA,

                            Defendant.

Case No. 19CR4437-CAB

JUDGMENT OF DISMISSAL

> FILED
> JAN 1 4 2020
> CLERK U.S. DISTRICT COURT
> SOUTHERN DISTRICT OF CALIFORNIA
> BY _____ DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Indictment/Information:

    8:1326(a),(b) - Removed Alien Found in the United States (Felony)

Dated:   1/14/2020

                                        Hon. Mitchell D. Dembin
                                        United States District Judge